

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2014

No. 04-14-00780-CV

**EX PARTE** Ezra **DUNN**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                  Patricia O. Alvarez, Justice
                  Luz Elena D. Chapa, Justice

On November 10, 2014, relator filed a pro se petition for writ of habeas corpus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of habeas corpus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on November 18th, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2006EM500229, styled *In the Interest of J.E.W., A Child*, pending in the 224th Judicial District Court, Bexar County, Texas.